Jason M. Drangel (JMD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AES 7715)
asands@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*QOTD Film Investment Ltd.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| QOTD FILM INVESTMENT LTD., <br> *Plaintiff,* <br><br> v. <br><br> DOE – 24.90.2.27 et al., <br> *Defendants* | **CIVIL ACTION No.** 16-cv-0925-PKC-RML <br><br> NOTICE OF DISMISSAL WITH PREJUDICE |

PURSUANT TO Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, whereas the within action has been settled pursuant the terms of the Confidential Settlement Agreement and Release ("Agreement") signed by both Plaintiff QOTD Film Investment Ltd. ("Plaintiff") and Doe – 72.229.229.164 ("Defendant"),

PLEASE TAKE NOTICE that the within action is dismissed with prejudice as to Doe – 72.229.229.164.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**


   */s/ Jason M. Drangel*
Jason M. Drangel (JMD 7204)
60 East 42nd Street, Suite 2520
New York, NY 10165
Tel: 212-292-5390
Fax: 212-292-5391
Email: JDrangel@ipcounselors.com
*Attorney for Plaintiff*

Dated: August 2, 2016